JULIE M. MCCOY, Bar No. 129640
LAW OFFICES OF JULIE M. MCCOY
JACQUELYNE M. NGUYEN, Bar No. 249658
1670 SANTA ANA AVE., SUITE K
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax:(949) 722-8416

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>Dory M. Raheb,<br><br>　　　　　Defendant | No. CV 11-01952<br><br><br>CONSENT JUDGMENT |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Dory M. Raheb, in the principal amount of $99,916.49 plus interest accrued to March 4, 2011, in the sum of $59,234.60; with interest accruing thereafter at the daily rate of $18.82 until entry of judgment, for a total amount of **$159,151.09**.

DATED: May 2, 2011　　　　　By: 　Terry Nafisi　
　　　　　　　　　　　　　　　　　Clerk of the Court
　　　　　　　　　　　　　　　　A. Martinez　
　　　　　　　　　　　　　　　　　Deputy Clerk
　　　　　　　　　　　　United States District Court